FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

FEB 25 2021



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; RICHARD LEWIS; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation, | No.   19-55376 |
| | D.C. No. 3:17-cv-01017-BEN-JLB Southern District of California, San Diego |
| Plaintiffs-Appellees, | |
| v. | **ORDER** |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendant-Appellant. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion is vacated.

Judges Owens and Bress did not participate in the deliberations or vote in this case.